AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

(1) KALAH BALLANCE, individually and as Special Administrator of the Estate of E.B., a minor, Deceased,
*Plaintiff*
)
)
v.                                                                                            )    Case No.  25-cv-00422-DES
(1) TWIN HILLS SCHOOL DISTRICT, ET AL.     )
*Defendant*                                                  )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants A.E., a Minor, by and through his Parents and Next Friends, Angel Estrada and Mollie Estrada Loaeza, Angel Estrada, an individual, and Mollie Estrada Loaeza

Date:  March 16, 2026

s/Michael S. Linscott
*Attorney's signature*

Michael S. Linscott, OBA No. 17266
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3522
*Address*

mlinscott@dsda.com
*E-mail address*

918-591-5288
*Telephone number*

918-925-5288
*FAX number*