# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) KALAH BALLANCE, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased,

          Plaintiff,

vs.

(1) TWIN HILLS SCHOOL DISTRICT, a Political Subdivision of the State of Oklahoma;
(2) GARY MCELROY, Individually and in his Official Capacity;
(3) ANGEL ESTRADA, an Individual;
(4) MOLLIE ESTRADA LOAEZA,
(5) A.E., a Minor, by and through his Parents and Next Friends, ANGEL ESTRADA and MOLLIE ESTRADA LOAEZA;
(6) JACKIE TATE ELLER, an Individual;
(7) C.E., a Minor, by and through his Parent and Next Friend, JACKIE TATE ELLER,
(8) DREW DUCLOS, an Individual;
(9) TORI DUCLOS, an Individual; and
(10) T.D., a Minor, by and through his Parents and Next Friends, DREW DUCLOS and TORI DUCLOS,

          Defendants.

Case No. 25-cv-00422-DES

## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS A.E., A MINOR, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, ANGEL ESTRADA AND MOLLIE ESTRADA LOAEZA, AND ANGEL ESTRADA AND MOLLIE ESTRADA LOAEZA, INDIVIDUALLY

Defendants, A.E., a minor, by and through his parent and next friend, Angel Estrada and Mollie Estrada Loaeza, and Angel Estrada, individually, and Mollie Estrada Loaeza, individually (collectively "Defendants"), by and through its counsel, for its Answer to Plaintiff's First Amended Complaint (the "Complaint"), and alleges and states as follows:

Each material allegation in Plaintiff's First Amended Complaint is expressly denied, except those allegations specifically admitted herein and only to the extent they are specifically admitted.

## PARTIES, JURISDICTION, AND VENUE

1.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 1 of the Complaint and therefore deny the same.

2.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 2 of the Complaint and therefore deny the same.

3.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 3 of the Complaint and therefore deny the same.

4.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 4 of the Complaint and therefore deny the same.

5.     With respect to Paragraph 5 of the Complaint, Defendants admit A.E. is a minor student who was enrolled in the Twin Hills School District. Defendants deny the remaining allegations in Paragraph 5.

6.     Defendants deny that Angel Estrada is a legal guardian of Defendant A.E., but admit that Mollie Estrada Loaeza was and is the parent and legal guardian of A.E. at the relevant times, but otherwise deny the remaining allegations in Paragraph 6 of the Complaint.

7.     Defendants admit that Defendant C.E. was and is minor and was enrolled in the Twin Hills School District, but otherwise deny the remaining allegations in Paragraph 7 of the Complaint.

8.     Defendants admit that Jacqueline Eller (misspelled as Jackie Tate Eller in Plaintiff's Complaint) was and is the parent and legal guardian of Defendant C.E., but otherwise, deny the remaining allegations in Paragraph 8 of the Complaint.

9.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 9 of the Complaint and therefore deny the same.

10.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 10 of the Complaint and therefore deny the same.

11.    Defendants admit that this court has jurisdiction over this matter as alleged in Paragraph 11 of the Complaint.

12.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 12 of the Complaint, therefore, subject to the Response to Paragraph 11 above, they are denied.

13.    Defendants admit that venue is appropriate in this Court per the cited statute in Paragraph 13 of the Complaint while denying the factual allegations alleged to give rise to this action.

## FACTUAL ALLEGATIONS

14.    To the extent a response is required for Paragraph 14 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1-14 of the Complaint.

15.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 15 of the Complaint and therefore deny the same.

16.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 16 of the Complaint and therefore deny the same.

17.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 17 of the Complaint and therefore deny the same.

18.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 18 of the Complaint and therefore deny the same. Defendants deny any allegation of

bullying, physical assault, and sexual assault to the extent they relate to Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

19.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 19 of the Complaint and therefore deny the same.

20.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 20 of the Complaint and therefore deny the same. Defendants deny any allegation of bullying, physical assault, and sexual assault to the extent they relate to Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

21.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 21 of the Complaint and therefore deny the same.

22.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 22 of the Complaint and therefore deny the same. Defendants deny any allegation of bullying and harassment to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

23.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 23 of the Complaint and therefore deny the same. Defendants deny any allegation of bullying and harassment to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

24.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 24 of the Complaint and therefore deny the same. Defendants deny any allegation of E.B. being kicked in the chest and face to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

25.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 25 of the Complaint and therefore deny the same. Defendants deny any allegation of sexual assault to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

26.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 26 of the Complaint and therefore deny the same. Defendants deny any allegation of intimidation and coercion to the extent they are directed at Defendants,  but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

27.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 27 of the Complaint and therefore deny the same. Defendants deny any allegation of assault to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

28.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 28 of the Complaint and therefore deny the same. Defendants deny any allegation of bullying to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

29.    Defendants deny the allegations in Paragraph 29 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

30.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 30 of the Complaint and therefore deny the same. Defendants deny any allegation of bullying to the extent are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

31.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 31 of the Complaint and therefore deny the same. Defendants deny any allegation of bullying to the extent are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

32.    Defendants deny that they bullied or continued bullying E.B., and are without sufficient information to admit or deny the remaining allegations in Paragraph 32, therefore, they are denied.

33.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 33 of the Complaint and therefore deny the same.

34.    Defendants deny the allegations in Paragraph 34 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied:

    a.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 34a. of the Complaint and therefore deny the same. Defendants deny any allegations that Defendants were an aggressor to the extent they are directed at

Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

b. Defendants are without sufficient information to admit or deny the allegations in Paragraph 34b. of the Complaint and therefore deny the same.

c. Defendants are without sufficient information to admit or deny the allegations in Paragraph 34c. of the Complaint and therefore deny the same. Defendants deny any allegations that Defendants were an abuser to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

d. Defendants are without sufficient information to admit or deny the allegations in Paragraph 34d. of the Complaint and therefore deny the same.

e. Defendants are without sufficient information to admit or deny the allegations in Paragraph 34e. of the Complaint and therefore deny the same.

35. Defendants are without sufficient information to admit or deny the allegations in Paragraph 35 of the Complaint and therefore deny the same.

36. Defendants are without sufficient information to admit or deny the allegations in Paragraph 36 of the Complaint and therefore deny the same.

37. Defendants are without sufficient information to admit or deny the allegations in Paragraph 37 of the Complaint and therefore deny the same.

38. Defendants deny the allegations in Paragraph 38 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

39.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 39 of the Complaint and therefore deny the same. Defendants deny any allegation of inflicting cumulative trauma to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

40.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 40 of the Complaint and therefore deny the same.

## COUNT 1: Violation of Fourteenth Amendment Due Process Rights

41.     To the extent a response is required for Paragraph 41 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1-41 of the Complaint.

42.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 42 of the Complaint and therefore deny the same.

43.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 43 of the Complaint and therefore deny the same.

44.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 44 of the Complaint and therefore deny the same

45.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 45 of the Complaint and therefore deny the same. Defendants deny any allegation of felonious touching, molestation, and/or beating to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

46.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 46 of the Complaint and therefore deny the same. Defendants deny any allegation of

bullying to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

47.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 47 of the Complaint and therefore deny the same:

      a.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 47a. of the Complaint and therefore deny the same.

      b.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 47b. of the Complaint and therefore deny the same.

      c.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 47c. of the Complaint and therefore deny the same.

      d.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 47d. of the Complaint and therefore deny the same. Defendants deny any allegation of being an aggressor to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

48.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 48 of the Complaint and therefore deny the same. Defendants deny any allegations of harassment, intimidation, and bullying to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

49.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 49 of the Complaint and therefore deny the same.

50.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 50 of the Complaint and therefore deny the same.

51.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 51 of the Complaint and therefore deny the same.

52.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 52 of the Complaint and therefore deny the same:

    a.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 52a. of the Complaint and therefore deny the same.

    b.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 52b. of the Complaint and therefore deny the same.

    c.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 52c. of the Complaint and therefore deny the same.

    d.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 52d. of the Complaint and therefore deny the same.

    e.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 52e. of the Complaint and therefore deny the same.

53.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 53 of the Complaint and therefore deny the same.

54.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 54 of the Complaint and therefore deny the same.

55.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 55 of the Complaint and therefore deny the same.

56.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 56 of the Complaint and therefore deny the same.

57.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 57 of the Complaint and therefore deny the same. Defendants deny any allegations of bullying to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

58.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 58 of the Complaint and therefore deny the same.

59.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 59 of the Complaint and therefore deny the same.

60.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 60 of the Complaint and therefore deny the same.

61.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 61 of the Complaint and therefore deny the same.

62.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 62 of the Complaint and therefore deny the same.

**COUNT II: Violation of the Fourteenth Amendment's Promise of Equal Protection**

63.    To the extent a response is required for Paragraph 63 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1- 63 of the Complaint.

64.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 64 of the Complaint and therefore deny the same.

65.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 65 of the Complaint and therefore deny the same.

66. Defendants are without sufficient information to admit or deny the allegations in Paragraph 66 of the Complaint and therefore deny the same.

67. Defendants are without sufficient information to admit or deny the allegations in Paragraph 67 of the Complaint and therefore deny the same. Defendants deny any allegations of bullying, physical assault, sexual assault, chemical irritation, public humiliation, and threats involving weapons to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

68. Defendants are without sufficient information to admit or deny the allegations in Paragraph 68 of the Complaint and therefore deny the same.

69. Defendants are without sufficient information to admit or deny the allegations in Paragraph 69 of the Complaint and therefore deny the same.

70. Defendants are without sufficient information to admit or deny the allegations in Paragraph 70 of the Complaint and therefore deny the same. Defendants deny any allegations of bullying and assault to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

71. Defendants are without sufficient information to admit or deny the allegations in Paragraph 71 of the Complaint and therefore deny the same. Defendants deny any allegations of physical assault to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

72. Defendants are without sufficient information to admit or deny the allegations in Paragraph 72 of the Complaint and therefore deny the same. Defendants deny any allegations of

harassment to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

73.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 73 of the Complaint and therefore deny the same.

74.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 74 of the Complaint and therefore deny the same.

75.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 75 of the Complaint and therefore deny the same:

   a.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 75a. of the Complaint and therefore deny the same.

   b.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 75b. of the Complaint and therefore deny the same.

   c.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 75c. of the Complaint and therefore deny the same.

   d.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 75d. of the Complaint and therefore deny the same

76.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 76 of the Complaint and therefore deny the same.

77.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 77 of the Complaint and therefore deny the same:

   a.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 77a. of the Complaint and therefore deny the same:

b.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 77b. of the Complaint and therefore deny the same.

c.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 77c. of the Complaint and therefore deny the same.

78.  Defendants are without sufficient information to admit or deny the allegations in Paragraph 78 of the Complaint and therefore deny the same.

<strong>COUNT III: Negligent Supervision</strong>

79.  To the extent a response is required for Paragraph 79 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1- 79 of the Complaint.

80.  Defendants object to the allegations in Paragraph 80 of the Complaint as they call for a legal conclusion. Subject to and without waiving any objections, Defendants deny the allegations in Paragraph 80 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

81.  Defendants deny the allegations in Paragraph 81 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

82.  Defendants deny the allegations in Paragraph 82 of the Complaint to the extent they are directed at Defendants. Defendants deny any allegations of bullying, aggression, harassment, harmful conduct, physical violence, intentional infliction of emotional distress, and false and defamatory statements to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

83.     Defendants deny the allegations in Paragraph 83 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

84.     Defendants deny the allegations in Paragraph 84 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

85.     Defendants deny the allegations in Paragraph 85 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

86.     Defendants deny the allegations in Paragraph 86 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

87.     Defendants deny the allegations in Paragraph 87 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

### COUNT IV: Intentional Infliction of Emotional Distress

88.     To the extent a response is required for Paragraph 88 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1- 88 of the Complaint.

89.     Defendants deny the allegations in Paragraph 89 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

90.    Defendants deny the allegations in Paragraph 90 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

91.    Defendants object to the allegations in Paragraph 91 of the Complaint to the extent they call for a legal conclusion. Subject to and without waiving any objections, Defendants deny the allegations in Paragraph 91 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

92.    Defendants deny the allegations in Paragraph 92 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

93.    Defendants deny the allegations in Paragraph 93 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

94.    Defendants deny the allegations in Paragraph 94 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

95.    Defendants deny the allegations in Paragraph 95 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

96.    Defendants deny the allegations in Paragraph 96 of the Complaint to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

## COUNT V: Negligence

97.     To the extent a response is required for Paragraph 97 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1- 97 of the Complaint.

98.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 98 of the Complaint and therefore deny the same.

99.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 99 of the Complaint and therefore deny the same.

100.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 100 of the Complaint and therefore deny the same:

   a. Defendants are without sufficient information to admit or deny the allegations in Paragraph 100a. of the Complaint and therefore deny the same.

   b. Defendants are without sufficient information to admit or deny the allegations in Paragraph 100b. of the Complaint and therefore deny the same.

   c. Defendants are without sufficient information to admit or deny the allegations in Paragraph 100c. of the Complaint and therefore deny the same. Defendants deny any allegations of being an aggressor to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

   d. Defendants are without sufficient information to admit or deny the allegations in Paragraph 100d. of the Complaint and therefore deny the same.

101.    Defendants are without sufficient information to admit or deny the allegations in Paragraph 101 of the Complaint and therefore deny the same.

102.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 102 of the Complaint and therefore deny the same.

103.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 103 of the Complaint and therefore deny the same.

**COUNT VI: Gross Negligence**

104.   To the extent a response is required for Paragraph 104 of the Complaint, Defendants hereby restate and incorporate their answers to Paragraphs 1- 104 of the Complaint.

105.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 105 of the Complaint and therefore deny the same. Defendants deny any allegation of being involved in the bus incident to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

106.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 106 of the Complaint and therefore deny the same.

107.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107 of the Complaint and therefore deny the same.

a.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107a. of the Complaint and therefore deny the same. Defendants deny any allegation of being an aggressor to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

b.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107bb of the Complaint and therefore deny the same.

c.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107c. of the Complaint and therefore deny the same.

d.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107d. of the Complaint and therefore deny the same. Defendants deny any allegation of being an aggressor to the extent they are directed at Defendants, but are without sufficient information to admit or deny the allegations as to Defendant T.D., therefore, those allegations are denied.

e.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107e. of the Complaint and therefore deny the same

108.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 108 of the Complaint and therefore deny the same.

109.   Defendants are without sufficient information to admit or deny the allegations in Paragraph 107d. of the Complaint and therefore deny the same.

Defendants reserve their rights to amend or supplement this Answer as discovery has not begun, as permitted under the Federal Rules of Civil Procedure and any Scheduling Order entered by this Court.

## AFFIRMATIVE DEFENSES

1.   Failure to state a claim upon which relief can be granted.

2.   Acts of third parties over whom Defendants have no control.

3.   Supervening/intervening acts.

4.   Failure to mitigate.

5.   Lack of capacity.

6.   Lack of intent.

7.      Lack of apprehension.

8.      Consent.

9.      Plaintiff's, or others', conduct, whether intentional or negligent.

10.     Waiver or estoppel.

11.     Damages are limited in this case as to the conduct of minors pursuant to the laws of the United States and Oklahoma.

12.     Damages are limited in this case pursuant to 23 O.S. § 10.

13.     Plaintiff's request for punitive damages is barred, or limited, by the laws of the United States, the Constitution of the United States and the laws of the State of Oklahoma.

14.     Defendant reserves the right to add to and/or amend its affirmative defenses as discovery progresses and as may be permitted under a Scheduling Order.

Wherefore, premises considered, and upon final hearing or trial of this cause, Defendants request that this court enter judgment in favor of these Defendants and against Plaintiffs or other Parties other than these Defendants, on all of Plaintiff's claims and for such other and further relief, at law or in equity, to which these Defendants have shown themselves to be justly entitled and to recovery of their costs and attorneys fees incurred as may be allowed by law.

Respectfully submitted,

DOERNER SAUNDERS DANIEL
 & ANDERSON, L.L.P.


s/Michael S. Linscott
Michael S. Linscott, OBA No. 17266
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone: 918.591.5288
Facsimile: 918.925.5288
Email: mlinscott@dsda.com

and

Meagon R. Eagon, OBA No. 33165
210 Park Avenue, Suite 1200
Oklahoma City, Oklahoma 73102-5600
Telephone: 405.898.8652
Facsimile: 405.898.8682
Email: meagon@dsda.com

*Attorneys for Defendants A.E., a Minor, by
and through his Parents and Next Friends,
Angel Estrada and Mollie Estrada Loaeza
and Angel Estrada and Mollie Estrada
Loaeza, Individually*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*s/Michael S. Linscott*