Dear Clerk of Court:

Please find enclosed Defendants' Pro Se Motion to Dismiss, submitted on an emergency same-day basis to ensure timely compliance with applicable response deadlines.

Defendants respectfully request that the enclosed filing be accepted and docketed in the above-referenced case. A Certificate of Service is included.

Thank you for your assistance.