



**CERTIFIED MAIL**

From: DREW + TORI Duclos
4730 Twin Hills Rd.
OKmulgee, OK
74447

9589 0710 5270 3822 1030 17

RDC 99

Retail

74402

$6

4/29/26

To: Clerk of Court
United States District Court
Eastern District of OKlahoma
P.O. Box 607
Muskogee, OK 74402

# Ready**P**ost.

### Document Mailer

74402-060707