From: Drew + Tori Duclos
4730 Twin Hills Rd.
Okmulgee, OK
74447



CERTIFIED MAIL

9589 0710 5270 3822 1030 31

05/01/26

Retail





74402

RDC 99

U.S
FC
BIX
AP

$

S2

RECEIVED

MAY - 4 2026

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

Ready Post
Document Mailer

To: Clerk of Court
United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, OK 74402