**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| (1) KALAH BALLANCE, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> (1) TWIN HILLS SCHOOL DISTRICT, a Political Subdivision of the State of Oklahoma; *et. al,* <br><br> Defendants. | Case No 25-CV-00422-DES <br><br><br> ATTORNEY LIEN CLAIMED |

**ENTRY OF APPEARANCE**

COMES NOW Kimberly A. Arland, of the law firm, SMOLEN | LAW, PLLC, and hereby enters her appearance as counsel of record for the Plaintiff, Kalah Balance, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased, and hereby requests that this Honorable Court and opposing counsel give notice to her of all proceedings scheduled and documents filed in this action.

Respectfully submitted,

SMOLEN | LAW, PLLC

/s/ *Kimberly A. Arland*
Kimberly A. Arland, OBA #36571
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
kimberly@smolen.law
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2026, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

I further certify that on May 13, 2026, I served the attached document via USPS regular mail on the following, who are not registered participants of the ECF System:

Drew and Tori Duclos, Pro Se
4730 Twin Hills Road
Okmulgee, OK 74447

/s/ *Kimberly A. Arland*