**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KALAH BALLANCE, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>TWIN HILLS SCHOOL DISTRICT, a Political Subdivision of the State of Oklahoma; et. al,<br><br>      Defendants. | Case No 25-CV-00422-DES<br><br><br><br>ATTORNEY LIEN CLAIMED |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS DREW DUCLOS
AND TORI DUCLOS'S DUPLICATIVE MOTION TO DISMISS**

COMES NOW the Plaintiff, Kalah Ballance, Individually and as Special Administrator of the Estate of E.B., a minor, deceased, and moves to strike Defendants Drew Duclos and Tori Duclos's ("Defendants") second Motion to Dismiss, Dkt. No. 58, as duplicative of the previously filed Motion to Dismiss, Dkt. No. 57. In support, Plaintiff states as follows:

**INTRODUCTION**

On April 29, 2026, Defendants filed a Motion to Dismiss, Dkt. No. 57. Thereafter, and before Plaintiff filed a response, Defendants filed a second Motion to Dismiss, Dkt. No. 58. The second filing is identical to the original Motion in all respects, except that it includes an additional signature. Plaintiff thereafter timely filed a Response to Defendants' first Motion, responding fully to the merits of Defendants' arguments, Dkt. No. 60.

**ARGUMENT AND AUTHORITIES**

Plaintiff recognizes that courts generally afford *pro se* litigants some degree of leniency with respect to procedural matters. *See, e.g., Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)). Accordingly, Plaintiff therefore does not

seek to strike the second Motion based upon any alleged signature deficiency in the original filing, nor did Plaintiff argue in response to the original Motion that it was ineffective, invalid, or moot for lack of an additional signature, Dkt. No. 60. Instead, Plaintiff fully responded to the substance of the original Motion to Dismiss. *Id*.

However, because the second filed Motion is entirely duplicative of the already-pending Motion and raises no new arguments or requests for relief, it should be stricken. Maintaining both motions on the docket is unnecessary and risks confusion regarding which filing is operative. *Enderwood v. Sinclair Broadcast Group, Inc.*, Case No. CIV-03-1729-T, 2006 WL 8436521, at *1 n.1 (W.D. Okla. June 8, 2006) (wherein all duplicate pleadings were stricken, leaving only a single operative filing identified by a specific docket number); *Oklahoma ex rel. Edmondson v. Tyson Foods, Inc.*, Case No. 05-CV-329-TCK-SAJ, 2006 WL 8430477, *1, n.1 (N.D. Okla. May 31, 2006) ("[C]onfusion has been created ... due to the duplicate filings of the parties…."). Federal courts possess inherent authority to manage their dockets and eliminate duplicative filings in the interest of judicial economy and clarity. *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016). Accordingly, Plaintiff respectfully requests that the Court strike Defendants' duplicative Motion to Dismiss, Dkt. No. 58, while leaving the original Motion to Dismiss, Dkt. No. 57, pending for determination on the merits.

In the alternative, should the Court decline to strike the Defendants' duplicative Motion to Dismiss, Plaintiff respectfully requests that the Court deem Plaintiff's previously filed Response to Defendants' Motion to Dismiss, Dkt. No. 60, incorporated by reference and applicable in full to the duplicative Motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court strike Defendants' duplicative Motion to Dismiss, Dkt. No. 58. In the alternative, Plaintiff requests that the Court

deem Plaintiff's Response, Dkt No. 60, the operative and timely response to both Defendants'

Motion to Dismiss, Dkt. No. 57, and the duplicative Motion to Dismiss, Dkt. No. 58.

Respectfully submitted,

SMOLEN | LAW, PLLC

*/s/ Kimberly A. Arland*
Donald E. Smolen, II, OBA #19944
John W. Warren, OBA #33635
Kimberly A. Arland, OBA #36571
611 S. Detroit Ave.
Tulsa, OK  74120
918-777-4529 (P)
918-890-4529 (F)
don@smolen.law
jack@smolen.law
kimberly@smolen.law

*and*

Sabah Khalaf, OBA No. 30137
THE KHALAF LAW FIRM PLLC
15 W. 6th St., Ste. 2800
Tulsa, OK 74119
918.922.8819
918.592.1149 (F)
sabah@klf-law.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

I further certify that on May 18, 2026, I served the attached document via USPS regular mail on the following, who are not registered participants of the ECF System:

Drew and Tori Duclos, Pro Se
4730 Twin Hills Road
Okmulgee, OK 74447

*/s/ Kimberly A. Arland*