**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

(1) KALAH BALLANCE, Individually and
as Special Administrator of the Estate of E.B., a
minor, Deceased,

     Plaintiff,

v.

(1) TWIN HILLS SCHOOL DISTRICT, a
Political Subdivision of the State of
Oklahoma; *et. al.,*

     Defendants.

Case No. 25-CV-00422-DES

## MOTION TO WITHDRAW

**COMES NOW** the Plaintiff, by and through their attorneys SMOLEN | LAW, PLLC, and respectfully requests that this Court enter an Order allowing John W. Warren to withdraw his representation from this case, and in further support states as follows:

1.      Effective July 7, 2026, John W. Warren, is no longer employed by SMOLEN | LAW, PLLC.

2.      SMOLEN | LAW, PLLC, including specifically Donald E. Smolen, II, will continue to represent Plaintiff, Kalah Ballance, Individually and as Special Administrator of the Estate of E.B., a minor, deceased, in his individual capacity in the above-numbered and styled cause.

3.      A proposed Order is submitted herewith.

**WHEREFORE,** based upon the reasons and grounds set forth above, Plaintiff respectfully requests that an Order be entered acknowledging and allowing him to withdraw from the above-numbered and styled cause.

Respectfully submitted,

SMOLEN | LAW, PLLC


*/s/ Donald E. Smolen, II*
Donald E. Smolen, II, OBA #19944
611 S. Detroit Ave.
Tulsa, OK  74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2026, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

I further certify that on this 29th day of July 2026, I served the attached document via USPS regular mail on the following, who are not registered participants of the ECF System:

Drew and Tori Duclos, Pro Se
4730 Twin Hills Road
Okmulgee, OK 74447

*/s/ Donald E. Smolen, II*

2