**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) KALAH BALLANCE, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>(1) TWIN HILLS SCHOOL DISTRICT, a Political Subdivision of the State of Oklahoma; *et. al,*<br><br>Defendants. | Case No 25-CV-00422-DES |

**ENTRY OF APPEARANCE**

COMES NOW Dustin J. Vanderhoof, of the law firm SMOLEN | LAW, PLLC, and hereby enters his appearance as counsel of record for the Plaintiff, Kalah Ballance, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased, and hereby requests that this Honorable Court and opposing counsel give notice to him of all proceedings scheduled and documents filed in this action.

Respectfully submitted,

SMOLEN | LAW, PLLC

/s/ *Dustin J. Vanderhoof*
Dustin J. Vanderhoof, OBA #21388
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
dustin@smolen.law
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2026, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

I further certify that on this 27th day of October 2026, I served the attached document via USPS regular mail on the following, who are not registered participants of the ECF System:

Drew and Tori Duclos, Pro Se
4730 Twin Hills Road
Okmulgee, OK 74447

/s/ *Dustin J. Vanderhoof*