# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KALAH BALLANCE, Individually and as Special Administrator of the Estate of E.B., a minor, Deceased, Plaintiff, | ) | Case No. CIV 25-422-DES |
| **vs.** | ) | Date: 11/10/2026 |
| TWIN HILLS SCHOOL DISTRICT, a Political Subdivision of the State of Oklahoma, et al., Defendants. | ) | Time: 11:20 a.m. – 11:26 a.m. |

## MINUTE SHEET
## RULE 73 CONFERENCE

D. Edward Snow, Judge

L. Metzger, Term Clerk

T. Moore, Deputy Clerk

Courtroom 1
No Court Reporter

**Plaintiff's Counsel:** Dustin Vanderhoof

**Counsel for Defendants School District, and McElroy:** Adam Breipohl

**Counsel for Defendants Estrada, Loaeza, A.E., a minor, Tate, C.E., a minor:** Michael Linscott

**Pro Se Defendants:** Tori Duclos, Drew Duclos, T.D. – no appearances

**MINUTES:**

Court discusses scheduling matters and possible consent with parties.

COURT ADJOURNED.